UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00340-FDW-SCR

| | |
|---|---|
| MAHALIA ROZENSTRUIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AMERICAN AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Joint Motion to Dismiss with Prejudice, filed on August 17, 2023. (Doc. No. 17). The Motion, which the parties have also called the Joint Stipulation of Dismissal of Claims with Prejudice, states in full:

> Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mahalia Rozenstruik and Defendant American Airlines, Inc., jointly stipulate to the dismissal with prejudice of all of Plaintiff Rozenstruik's claims and causes of action in the above-styled action in their entirety, with each party bearing its own attorney's fees, costs, and expenses.

(Doc. No. 17).

**IT IS THEREFORE ORDERED** that, by stipulation of the parties, Plaintiff's Joint Motion to Dismiss with Prejudice, (Doc. No. 17), is **GRANTED,** and this matter is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Signed: August 22, 2023

Frank D. Whitney
United States District Judge

1